## Lloyd Smith, Appellant, v. Helen Bruner and Nelson Bruner, Appellees.

### Gen. No. 9,731.

Heard in this

court at October term, 1941; opinion filed January 14, 1942. C. A. Pedderson and Lisle W. Menzimer, for appellant; Frank A. Kerr, for appellees. Opinion by PRESIDING JUSTICE HUFFMAN. ''Not to be published in full.''